BEFORE THE SECOND DIVISION, MARCH 12, 1968

**No. P68/137.**—Ross Products, Inc. v. United States, protests 66/38678 and 66/49780 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable, the claim of the plaintiff was sustained.